U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
DIRECTV, Inc., a California corporation,
Plaintiff,
-against-
MERCEDES VENEGAS, Individually, and as officer, director, shareholder and/or principal of I AND M BAR, INC. d/b/a MAC & NAC TAP, and I AND M BAR, INC. d/b/a MAC & NAC TAP,
Defendant.

Case Number:

**FILED**
**JANUARY 2, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH

**08 C 30**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

Plaintiff, Directv, Inc.

| NAME (Type or print) |
|---|
| Julie Cohen Lonstein, Esq. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Julie Cohen Lonstein |

| FIRM |
|---|
| Lonstein Law Office, P.C. |

| STREET ADDRESS |
|---|
| 1 Terrace Hill, P.O. Box 351 |

| CITY/STATE/ZIP |
|---|
| Ellenville, New York   12428 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90784647 | (845)647-8500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐