FILED
JANUARY 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern          DISTRICT OF          Illinois
Eastern Division

DIRECTV, Inc., a California corporation,

        Plaintiff,

-against-

MERCEDES VENEGAS, Individually, and as officer, director, shareholder and/or principal of I AND M BAR, INC. d/b/a MAC & NAC TAP, and I AND M BAR, INC. d/b/a MAC & NAC TAP,

        Defendants.

---

**DESIGNATION OF LOCAL COUNSEL**

Civil Action No. PH

**08 C 30**

**JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW**

COME NOW the Plaintiff, DIRECTV, Inc., on behalf of Themselves and All Others Similarly Situated, and through counsel hereby designates SHELDON S. GOMBERG, ESQ., of 134 North La Salle Street, Suite 1508, Chicago, IL 60602, as resident counsel for the Plaintiff.

Dated: December 27, 2007

    Respectfully submitted,

    DIRECTV, Inc.

    By: /s/Julie Cohen Lonstein
        JULIE COHEN LONSTEIN, ESQ.
        Attorney for Plaintiff
        NDIL Bar Roll No. 90784647
        LONSTEIN LAW OFFICE, P.C.
        Office and P.O. Address
        1 Terrace Hill : P.O. Box 351
        Ellenville, NY  12428
        Telephone:  (845) 647-8500
        Facsimile:   (845) 647-6277
        Email: Info@signallaw.com
        Our File No. NFL6-11IL-N05V