**FILED**
**JANUARY 2, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

DIRECTV, Inc., a California corporation,

        Plaintiff,

    v.

MERCEDES VENEGAS, Individually, and as officer, director, shareholder and/or principal of I AND M BAR, INC. d/b/a MAC & NAC TAP, and I AND M BAR, INC. d/b/a MAC & NAC TAP,

        Defendants.

---

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Civil Action No. **PH**

**08 C 30**

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

        PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

        DIRECTV, Inc., a California corporation, is a wholly owned subsidiary of DIRECTV Enterprises, LLC, a Delaware limited liability company, which is a wholly owned subsidiary of DIRECTV Holdings LLC, a Delaware limited liability company, which is a wholly owned subsidiary of The DIRECTV Group, Inc., a Delaware corporation.

        The DIRECTV Group, Inc. is 37% owned by Fox Entertainment Group, Inc., a Delaware corporation, which is a wholly owned subsidiary of News Corporation, a Delaware corporation.

The shares of The DIRECTV Group and News Corporation are publicly traded.

Dated: December 27, 2007
Ellenville, New York

        Respectfully submitted,

        DIRECTV, Inc.

        By: /s/Julie Cohen Lonstein
           JULIE COHEN LONSTEIN , ESQ.
           Attorney for Plaintiff
           NDIL Bar Roll No. 90784647
           LONSTEIN LAW OFFICE, P.C.
           Office and P.O. Address
           1 Terrace Hill : P.O. Box 351
           Ellenville, NY  12428
           Telephone:  (845) 647-8500
           Facsimile:   (845) 647-6277
           Email: Info@signallaw.com
           Our File No. NFL6-11IL-N05V