# United States District Court for the Northern District of Illinois

Case Number: 08cv30  
Assigned/Issued By: j. n.

Judge Name: ANDERSEN  
Designated Magistrate Judge: DENLOW

## FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00  
[ ] IFP  [ ] No Fee  [ ] Other _____  
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2433181

Date Payment Rec'd: 1-2-08  Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons  [ ] Alias Summons  
[ ] Third Party Summons  [ ] Lis Pendens  
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment  
[ ] Wage-Deduction Garnishment Summons  
_____  
_____  
(Victim, Against and $ Amount)  
[ ] Citation to Discover Assets  
[ ] Writ _____  
(Type of Writ)

1 Original and 0 copies on 1-2-08 as to MERCEDES VENEGAS  
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05