# Affidavit of Process Server

| DirectTV, Inc | vs | Mercedes Venegas | 08-CV-30 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I __Mich N Giller__,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Mercedes Venegas__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☑ __Summons, Complaint, Corporate Disclosure and appearance__

by serving (NAME) __Mercedes Venegas__
☑ Home __1585 Jefferson, Hoffman Estate, IL__
☐ Business _____
☐ on (DATE) __2/3/08__ at (TIME) __3:15 (am/pm)__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☑ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely_____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely_____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other:_____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
DATE TIME DATE TIME
( )_____, ( )_____, ( )_____
DATE TIME DATE TIME DATE TIME

**Description:**
☐ Male ☑ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☑ Female ☐ Black Skin ☑ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☑ 36-50 Yrs. ☑ 5'4"-5'8" ☑ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☐ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me,
a notary public, this __4__ day of __February__ 20 __08__

NOTARY PUBLIC

SERVED BY
LASALLE PROCESS SERVERS

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

○ 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

DIRECTV, Inc., a California corporation,
    Plaintiff,

CASE NUMBER:

**08 C 30**

V.

ASSIGNED JUDGE:

MERCEDES VENEGAS, Individually, and as
officer, director, shareholder and/or principal of
I AND M BAR, INC. d/b/a MAC & NAC TAP,
and I AND M BAR, INC. d/b/a MAC & NAC
TAP,
    Defendants.

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

MERCEDES VENEGAS, Individually, and as officer, director, shareholder and/or principal of
I AND M BAR, INC. d/b/a MAC & NAC TAP
1585 Jefferson
Hoffman Estates, IL  60169    Our File No. NFL6-11IL-N05V

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York  12428
Tel. (845) 647-8500

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ Paula Harrison_
(By) DEPUTY CLERK

**January 2, 2008**
Date

