IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------
DIRECTV, Inc., a California corporation,

       Plaintiff,

  v.

MERCEDES VENEGAS, Individually, and as officer, director, shareholder and/or principal of I AND M BAR, INC. d/b/a MAC & NAC TAP, and I AND M BAR, INC. d/b/a MAC & NAC TAP,

       Defendant.
---------------------------------------------------------

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**
Civil Action No. 1-08-CV-30-WRA/MD
HON. WAYNE R. ANDERSEN

      PLEASE TAKE NOTICE THAT Plaintiff **DIRECTV, Inc** (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

    This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed **July 1, 2008**. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 3, 2008
    Ellenville, New York                           **DIRECTV, Inc**

By: /s/   Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
Attorneys for plaintiff
Office & P.O. Address
1  Terrace Hill : P.O. Box 351
Ellenville, New York  12428
Tel: (845) 647-8500

**SO ORDERED** this ____day of _____, 2008

_____
**HON. WAYNE R. ANDERSEN**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to the following counsel:

Alan R. Marcus, Esq.
Chapekis, Marcus, Allen & Chapekis
11 South La Salle Street
Chicago, IL 60603

Sheldon S. Gomberg, Esq.
134 North La Salle Street
Suite 1508
Chicago, IL 60602

/s/   Julie Cohen Lonstein
JULIE COHEN LONSTEIN